# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00519-CV

**Venky Venkatraman, Appellant**

**v.**

**Texas Board of Law Examiners, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-000521, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant has filed a "Motion to Abate Appeal for Trial Court to Consider Motion to Vacate Order and Motion for Sanctions." Appellee has filed a response representing that it is not opposed to the motion to abate. We grant appellant's motion, abate this appeal, and remand this cause to the trial court so that it may consider appellant's motion to vacate order and motion for sanctions. A supplemental record containing the trial court's rulings on appellant's motions, if any, shall be filed with this Court within thirty days from the date of the rulings. Appellant shall file a status report with this Court on or before December 30, 2022. This appeal will be reinstated after the supplemental clerk's record, if any, is filed and will remain abated until further order of this Court.

It is ordered on November 30, 2022.

Before Justices Goodwin, Baker, and Kelly

Abated and Remanded

Filed: November 30, 2022